IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AITUS KELLY,

   Petitioner,

     v.

KERRY SPANIER, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-2966-TWT

## ORDER

This is an action pro se prisoner civil rights. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for improper venue. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 14 day of August, 2018.

                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge